UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)    2:08-CR-015-WTL-CMM-04<br>v. )<br>)<br>DONALD A MYERS, )<br>)<br>*Defendant.* | |

### COURTROOM MINUTES FOR JUNE 3, 2009
### CRIMINAL PROCEEDINGS
### HON. WILLIAM T. LAWRENCE, JUDGE

GOVERNMENT APPEARS BY: Bradley Blackington
DEFENDANT IN PERSON AND WITH COUNSEL: Joseph Cleary
PROBATION OFFICER PRESENT: Shelly McKee, Michelle Fitzgerald
COURT REPORTER: Jean Knepley

The hearing on defendant's Petition to Enter a Plea of Guilty began.

The Court inquired of the defendant if the defendant understood the rights that the defendant would relinquish if the Court accepted the defendant's plea of guilty to Count 1 of the Indictment. Based on the questions asked of the defendant by the Court and the defendant's responses to those questions, the Court was satisfied that the defendant was competent to enter a plea of guilty that the defendant's plea was made knowingly and willingly. After hearing and accepting the factual basis for the plea, the Court accepted the defendant's plea of guilty to Count 1 of the Indictment.

The Court accepted the Plea Agreement that had been reached pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B) and adjudged defendant guilty of the charges alleged in Count 1 of the Indictment.

Copies to:

U.S. Marshal
U.S. Probation
Court Reporter

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

Joseph Moutin Cleary
HAMMERLE & ALLEN
jcleary498@aol.com